# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  21-cr-0003-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| DAVID MARGARITO VALENCIA, | |
| Defendant. | |

**GOOD CAUSE APPEARING**, the parties' Joint Motion to Continue the Motion Hearing/Trial Setting is granted.  The Motion Hearing/Trial Setting is continued from April 2, 2021 to May 7, 2021 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by April 30, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  March 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge