UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MARGARITO VALENCIA,<br><br>Defendant. | CASE NO.: 21-cr-00003-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING MOTION FOR ORDER TO PRODUCE A POLICE REPORT RELIED ON IN DRAFTING THE PRESENTENCE REPORT** |

**GOOD CAUSE APPEARING**, for the reasons stated in Mr. Valencia's motion, the Probation Office is ordered to produce to defense counsel a copy of the police report relied on in drafting the "Other Criminal Conduct" section of the Presentence Report.

**IT IS SO ORDERED.**

Dated: July 1, 2021

Hon. Janis L. Sammartino
United States District Judge