FILED

NOV **1 6** 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MARGARITO VALENCIA,<br><br>Defendant. | CASE NO.: 21-cr-0003-JLS<br><br>Hon. Janis L. Sammartino, District Judge<br>Hon. Karen S. Crawford, Magistrate Judge<br><br>**ORDER RELEASING PROPERTY** |

**IT IS HEREBY ORDERED** that Pretrial Services release and return Defendant's passport to him or defense counsel.

**IT IS SO ORDERED.**

Dated: 11/16/21

HONORABLE KAREN S. CRAWFORD
United States Magistrate Judge